IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO. **1:20-cr-00097** |
| Plaintiff | : | **INFORMATION** |
| v. | : | **16 U.S.C. §§ 3372(a)(2)(A) and 3733(d)(2)** |
| | | **18 U.S.C. § 2** |
| **GARY D. NALE** | : | |
| Defendant. | | |
| | : | **MISDEMEANOR** |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1

**LACEY ACT TRAFFICKING**
**[16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2); 18 U.S.C. §2]**

On or about December 4, 2015, in the Southern District of Ohio, the defendant, **GARY D. NALE**, did knowingly transport and sell paddlefish and roe in interstate commerce, when in the exercise of due care, the defendant should have known that the fish and roe were taken and possessed in violation of, and in a manner unlawful under the laws and regulations of Ohio, specifically, Ohio Revised Code §§ 1531.02 and Ohio Administrative Code 1501:31-3-05.

In violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(2) and Title 18, United States Code, Section 2.

DAVID M. DEVILLERS
United States Attorney

_____ for
R.J. POWERS
Trial Attorney
Environmental Crimes Section

_____
LAURA I. CLEMMENS (OR 02276)
Assistant U.S. Attorney